**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COREY R. SHANUS,<br><br>Plaintiff,<br><br>v.<br><br>R.L. AMERICANA, LLC f/k/a ROBERT EDWARD AUCTIONS, LLC, and ROBERT LIFSON,<br><br>Defendants. | Case No.: 2:11-cv-02839-KM-SCM<br><br>**APPEARANCE OF COUNSEL** |

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants, R.L. AMERICANA, LLC f/k/a ROBERT EDWARD AUCTIONS, LLC, and ROBERT LIFSON.

**KOZYRA & HARTZ, LLC**
Attorneys for Defendants, R.L. Americana, LLC f/k/a Robert Edward Auctions, LLC and Robert Lifson

/s/ Robert B. Spawn, Jr.
By: ____________________________

Robert B. Spawn, Jr., Esq. (207452017)
354 Eisenhower Parkway
Plaza I, Second Floor, Suite 2300
Livingston, New Jersey 07039
973-740-1550 - Telephone
973-740-1515 - Facsimile
robertspawn@kozyrahartz.com

Dated: March 19, 2018