UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

COREY R. SHANUS,

Plaintiff,

v.

R.L. AMERICANA, LLC f/k/a ROBERT EDWARD AUCTIONS, LLC, and ROBERT LIFSON,

Defendants.

Case No.: 2:11-cv-02839-KM-SCM

**NOTICE OF INTENT TO REQUEST REDACTION**

Notice is hereby given that a statement of redaction of specific personal identifiers contained in the transcript of proceedings dated April 30, 2018, May 1, 2018, May 2, 2018, May 3, 2018 and May 7, 2018 will be submitted to the court reporter/transcriber within **21 days from the filing of the transcript of with the Clerk of Court.**

**KOZYRA & HARTZ, LLC**
Attorneys for Defendants, R.L. Americana, LLC f/k/a Robert Edward Auctions, LLC and Robert Lifson

/s/ Robert B. Spawn, Jr.
By: ______________________________
Robert B. Spawn, Jr., Esq. (207452017)
354 Eisenhower Parkway
Plaza I, Second Floor, Suite 2300
Livingston, New Jersey 07039
973-740-1550 - Telephone
973-740-1515 - Facsimile
robertspawn@kozyrahartz.com

Dated: May 10, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I have also provided notice of this filing to the Court Reporter/ Transcriber by electronic mail.

I hereby certify that I have emailed and mailed by United States Postal Service the document to the following non CM/ECF parties: Nicole E. Meyer, Esq., and Tab K. Rosenfeld, Esq. I also provided notice of this filing by ECF filing and Electronic Mail to Allen L. Harris, Esq.

/s/ Robert B. Spawn, Jr.
Robert B. Spawn, Jr.

This notice should be electronically filed in CM/ECF utilizing the event "Notice of Intent to Request Redaction", which can be found under "Notices".