BARRY A. KOZYRA[1]
JUDITH A. HARTZ

* * *

MICHAEL J. RANKIN[1]
WILLIAM H. MONE[2]
ROBERT SPAWN[1]
MARGARITA ROMANOVA

OF COUNSEL
JOHN E. BURGIO

LEONARD A. PEDUTO, JR.
(1949-2014)

[1]MEMBER OF NJ & NY BARS
[2]MEMBER OF NJ & PA BARS

K | H

KOZYRA & HARTZ, LLC
ATTORNEYS AT LAW
354 EISENHOWER PARKWAY
PLAZA I, 2ND FLOOR, SUITE 2300
LIVINGSTON, NEW JERSEY 07039
TELEPHONE: (973) 740-1550
FACSIMILE: (973) 740-1515

FILE NO.: 10297-019

E-MAIL: BarryKozyra@KozyraHartz.com

May 24, 2018

**VIA ECF**
Honorable Kevin McNulty, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: Shanus v. R.L. Americana, LLC f/k/a Robert Edward Auctions, LLC, and Robert Lifson**
**Case No. 2:11-cv-02839-KM-MCA**

Dear Judge McNulty:

Per a conversation with your law clerk earlier today, please allow this letter to serve as notice that payment pursuant to the judgment against Defendant Lifson will not be submitted today due to ongoing settlement discussions between the parties.

Should you have any questions, please do not hesitate to contact our office at the number listed above.

Respectfully submitted,

/s/ Robert B. Spawn

Robert B. Spawn, Esq.

RS:daf

cc: Tab K. Rosenfeld - *(via email only)*
Nicole Meyer - *(via email only)*
Allen Harris - *(via ECF & email)*